JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Theodore Kyriazis,            ) Case No. **CV 10-8321-JFW (RZx)**
                              )
       Plaintiff,        ) **JUDGMENT**
                              )
  v.                          )
                              )
Beverly Hills Platinum        )
Realty, et al.,               )
                              )
       Defendant.        )
_____

    The Court, having granted the Defendants' motion to dismiss with prejudice for the reasons set forth in the Court's Minute Order dated December 21, 2010,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

    1.  Plaintiff Theodore Kyrazis shall recover nothing from any of the named Defendants;

    2.  Defendants Beverly Hills Platinum Realty, Kin Fung Lee, Mauricio Pensamiento, Bruce Ly, Jr., Bruce Ly, Jr., LLC, Hillcrest Chateau, LLC, Guyane Sadikian, Cabot Capital, Inc., Donald Bergman, Future Investments, Inc., Yigal Tzfira, Persai Behara, Paul Dan Dao, Capricorn 3 Development, LLC, Studio 4 Equity Group LLC, Nadid H. Massoudi, Naghme Nicki

1 | Saedi, and Futura Investments Inc. (collectively,
2 | "Defendants") shall have judgment in their favor on
3 | Plaintiff's entire action; and
4 |     3.  Defendants shall recover from Plaintiff their costs
5 | of suit in the sum of $_____.

    The Clerk is ordered to enter this Judgment.


Dated: May 2, 2011                    _____
                                            JOHN F. WALTER
                                      UNITED STATES DISTRICT JUDGE